

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| The Estate of Joseph Abraham, Sr., Deceased, | § | No.08-21-00151-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 98P00876) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 30, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen G. Peters, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 30, 2022.

IT IS SO ORDERED this 7th day of March, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.